UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MALLORY,  <br>Plaintiff,  <br>v.  <br>COUNTY OF SACRAMENTO,  <br>Defendant. | No. 2:24-cv-3663 DJC AC PS  <br><br>ORDER |

On December 20, 2024, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On January 8, 2025, plaintiff filed a first amended complaint. ECF No. 3. Plaintiff also filed a motion for a temporary restraining order. ECF No. 4. On January 15, 2025, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute. ECF No. 5. On January 16, 2025, the undersigned issued findings and recommendations recommending that the motion for a temporary restraining order be denied. ECF No. 5. Plaintiff objected to the findings and recommendations (ECF No. 7) but did not file the required second amended complaint. At the end of plaintiff's objections, he wrote "Request e-file." ECF No. 7 at 2.

First, plaintiff's request to e-file is denied because it does not comply with Local Rule 133. Further, good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause,

1

in writing, no later than March 6, 2025, why his failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an amended complaint within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

    IT IS SO ORDERED.

DATED: February 19, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE