UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MALLORY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-3663 DJC AC PS<br><br><br>ORDER |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On January 16, 2025 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  (ECF No. 6.)  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 7.)

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed January 16, 2025, are adopted in full;

1

2. Plaintiffs' motion for a temporary restraining order (ECF No. 4) is DENIED;

3. Plaintiff's request for e-filing status (ECF No. 7) is DENIED; and

4. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **February 27, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE