UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MALLORY, | No. 2:24-cv-03663-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

Plaintiff has filed a Motion for Reconsideration of the Magistrate Judge's Order denying Plaintiff's request to e-file.  In this district, pro se parties such as Plaintiff are required to file and serve paper documents unless an exception is granted under Local Rule 133(b)(2).  The Magistrate Judge denied Plaintiff's request, which consisted of two words ("request e-filing"), because it did not comply with the requirements for such a request under Local Rule 133(b)(3).  (ECF No. 8 at 1–2.)  As such, the Magistrate Judge's decision was appropriate.

Plaintiff's Motion for Reconsideration (ECF No. 11) is DENIED.  However, the denial of Plaintiff's request to e-file was made without prejudice.  He may make a new request to utilize e-filing that complies with Local Rule 133(b)(3) before the Magistrate Judge at any time.

The Court also notes that Plaintiff suggests that the Magistrate Judge "required

1

Plaintiff [to] e-file." This is incorrect. The Local Rules do not permit pro se parties to e-file and the Magistrate Judge simply denied Plaintiff's request to e-file as noncompliant with Local Rule 133(b)(3). The Magistrate Judge did not order Plaintiff to proceed by e-filing and Plaintiff is not required to e-file.

This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **March 24, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2