UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MALLORY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, RANDHIR GANDHI, ROGER LEVENSON and ALDRIDGE PITE,<br><br>　　　　Defendants. | No. 2:24-cv-3663 DJC AC PS<br><br><br>ORDER |

　　　　Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On April 1, 2025 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  ECF No. 14.  Plaintiff has not filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed April 1, 2025, are adopted in full; and

1

2. The Second Amended Complaint (ECF No. 12) is DISMISSED; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 13, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Mall3663.800

2